## NO. CR-13-24718

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 336th JUDICIAL DISTRICT |
| | § | |
| GARY MORROW | § | FANNIN COUNTY, TEXAS |

FILED FOR RECORD
FANNIN COUNTY, TEXAS
2015 JAN 28 PM 4:26
NANCY YOUNG
DISTRICT CLERK
BY_____DEPUTY

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
1/29/2015 1:23:37 PM
DEBBIE AUTREY
Clerk

### DEFENDANT'S PRO SE NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, Gary Christopher Morrow, the Defendant in the above-styled and numbered cause and gives his Pro Se Notice of Appeal to the Sixth Court of Appeals of Texas from the judgment rendered against him.

Respectfully submitted,

Gary Christopher Morrow
Temporary Address
2389 Silo Road
Bonham, Texas 75418

By:_____
GARY CHRISTOPHER MORROW

### CERTIFICATE OF SERVICE

This is to certify that on January 28, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Fannin County, 101 E. Sam Rayburn Drive, Suite 301, Bonham, Fannin County, Texas by hand delivery.

_____
Gary Christopher Morrow

